Celebrity Cruises®

# Booking Confirmation - Agent Copy

Issue Date: 17 MAR 2024
Confirmation Copy #: 1
**This booking was made Onboard**

| General Information | | | | |
|---|---|---|---|---|
| LE VOYAGISTE DE QUEBEC | Reservation ID: | 1710284 (Group ID Not Applicable) | Booking Date: | 01 MAR 2024 |
| Attn:STEPHANIE | Ship: | CELEBRITY ECLIPSE | Booking Status | Booked |
| 4189774080 | Departure Date: | 25 NOV 2024 | | |
| 3229- 120 CHEMIN DES | Itinerary: | 10 NT ULTIMATE SOUTHERN CARIBBEAN | | |
| QUATRE BOURGEOLS | Stateroom: | I1-GTY | | |
| QUEBEC,QC-G1W 0C1 | Stateroom Obstructed View Percentage | Pending | | |
| CANADA | Sailing Date: | 25 NOV 2024 | | |

| Guest Information | Guest #1 | Guest #2 | Guest #3 | Guest #4 |
|---|---|---|---|---|
| Guest Name | LISE GILBERT PICARD | GASTON PICARD | | |
| Captain's Club Number | 743695586 | | | |
| Age Range | 55 + | 55 + | | |
| Dining | 8:30 PM() | 8:30 PM() | | |
| Departure Airport | Cruise Only | Cruise Only | | |
| Special Services | | | | |
| Stateroom Dining With Booking ID: | | | | |

| Booking Charges<br>Currency: CAD | Guest #1 | Guest #2 | Guest #3 | Guest #4 | Total | Comm/ Admin Rate |
|---|---|---|---|---|---|---|
| Cruise Fare | 3329.00 | 3329.00 | 0.00 | 0.00 | 6658.00 | 15% |
| Non Comm Cruise Fare | 460.00 | 460.00 | 0.00 | 0.00 | 920.00 | 0% |
| All Incl Bev and Wifi w BOGO75 PCT NRD | 0.00 | -2445.00 | 0.00 | 0.00 | -2445.00 | 15% |
| Up to 200 Savings per stateroom NRD | -70.00 | -70.00 | 0.00 | 0.00 | -140.00 | 15% |
| All Incl Bev and Wifi w BOGO75 PCT NRD | 0.00 | -345.00 | 0.00 | 0.00 | -345.00 | 0% |
| Taxes, fees, and port expenses | 196.00 | 196.00 | 0.00 | 0.00 | 392.00 | 0% |
| Gross Charges | 3915.00 | 1125.00 | 0.00 | 0.00 | 5040.00 | 0% |
| Comm/Admin | 488.85 | 122.10 | 0.00 | 0.00 | 610.95 | |
| Total Comm/Admin | | | | | 610.95 | |
| Net Charges | 3426.15 | 1002.90 | 0.00 | 0.00 | 4429.05 | |
| Amount Paid | | | | | 1100.00 | |
| Net Balance Due | | | | | 3329.05 | |

The minimum deposit for this reservation is Non-Refundable. A change fee of 100 CAD per guest will apply for ship or sail date changes.

All onboard bookings that wish to be transferred into a group reservation will require full standard deposit at the time the booking is moved into a group.

Final Payment is due by 27 AUG 2024, 5:00 PM EST.

Deposit amounts may vary by promotion. Bookings will require a 10% deposit amount for suite categories.

Remit payments through CruisePay at www.cruisingpower.com or P.O. Box 025511 Miami, FL. 33102-5511 USA.

Onboard Credit

| USD | Guest 1 | Guest 2 | Guest 3 | Guest 4 | Total |
|---|---|---|---|---|---|
| Onboard Credit | | $150.00 | | | $150.00 |

| Promotions Applied |
|---|

All Incl Bev and Wifi w BOGO75 PCT NRD
Up to 200 Savings per stateroom NRD
Onboard Sales OBC offer. Booked by Onboard sa

Please be advised if your booking qualifies for any amenity these will be applied within 10 business days.

Celebrity Cruises®

# Booking Confirmation - Agent Copy

Issue Date: 17 MAR 2024
Confirmation Copy #: 1
**This booking was made Onboard**

## General Information

| | | | | |
|---|---|---|---|---|
| LE VOYAGISTE DE QUEBEC | Reservation ID: | 1710284 (Group ID Not Applicable) | Booking Date: | 01 MAR 2024 |
| Attn:STEPHANIE | Ship: | CELEBRITY ECLIPSE | Booking Status | Booked |
| 4189774080 | Departure Date: | 25 NOV 2024 | | |
| 3229- 120 CHEMIN DES | Itinerary: | 10 NT ULTIMATE SOUTHERN CARIBBEAN | | |
| QUATRE BOURGEOLS | Stateroom: | I1-GTY | | |
| QUEBEC,QC-G1W 0C1 | Stateroom Obstructed View Percentage | Pending | | |
| CANADA | Sailing Date: | 25 NOV 2024 | | |

| Cancellation Schedule | Cancellation Amount | Date |
|---|---|---|
| 89 to 75 Days Prior to Sailing | 25% Per Guest | 28 AUG 2024 |
| 74 to 61 Days Prior to Sailing | 50% Per Guest | 12 SEP 2024 |
| 60 to 31 Days Prior to Sailing | 75% Per Guest | 26 SEP 2024 |
| 30 to 0 Days Prior to Sailing | 100% Per Guest | 26 OCT 2024 |

If your stateroom is GTY (Guarantee) or WLT (Waitlist), once your stateroom is assigned or confirmed, you'll receive an updated invoice advising you of your assigned stateroom. If your stateroom has an obstructed view, you'll receive details once your room is assigned. Bed configuration will be displayed once your stateroom is assigned.

Remember to plan your cruise before you sail. Pricing pre-cruise will always be lower than on board. Login here to start planning today: www.celebritycruises.com/booked

## Booking Itinerary

Outbound Travel Arrangements:

Pre Cruise Arrangements

**Cruise Itinerary - Check-in Between:** 10:00 AM - 2:00 PM (Embarkation time, itinerary, hotel, rail and/or transportation may change without notice as conditions warrant)

| Date | Port Location | Arrive | Depart | Date | Port Location | Arrive | Depart |
|---|---|---|---|---|---|---|---|
| 25 NOV | FORT LAUDERDALE, FLORIDA | | 3:30 PM | 30 NOV | BRIDGETOWN, BARBADOS | 9:30 AM | 6:00 PM |
| 26 NOV | AT SEA | | | 01 DEC | ROSEAU, DOMINICA | 8:00 AM | 6:00 PM |
| 27 NOV | AT SEA | | | 02 DEC | BASSETERRE, ST KITTS & NEVIS | 8:00 AM | 6:00 PM |
| 28 NOV | TORTOLA, B.V.I. | 8:00 AM | 6:00 PM | 03 DEC | AT SEA | | |
| 29 NOV | ST. JOHNS, ANTIGUA | 7:00 AM | 4:00 PM | 04 DEC | AT SEA | | |
| | | | | 05 DEC | FORT LAUDERDALE, FLORIDA | 7:00 AM | |

Post Cruise Arrangements

Inbound Travel Arrangements:

Health Acknowledgment

Exposure to pathogens (such as the virus that causes COVID-19) is an inherent risk in places where people gather and may result in severe illness or death. Exposure may occur at any point during your voyage, onboard or ashore. Remaining onboard at all times during your voyage will not prevent exposure because pathogens may be brought onboard by others, including passengers who choose to participate in shore excursions or activities ashore in our various ports of calls or private destinations. Our health and safety measures mitigate the risk of exposure but cannot eliminate it entirely. Before booking or sailing on a cruise, all guests should consider their individual risk level for severe illness resulting from pathogen exposure and make an informed travel decision on that basis. We recommend guests with a higher risk of severe illness consult with their doctor prior to booking or sailing with us.

By booking a cruise with us, on behalf of yourself and/or others for whom you are acting (collectively "you" or "your"), you acknowledge that you understand the risks related to exposure to pathogens and their resulting illnesses while cruising with us, including those relating to guests who are at a higher risk of severe illness.

Further, you agree to review and comply with our Guest Health, Safety and Conduct Policy, as well any of our health or safety instructions, or other posted signage. Failure to do so will lead to you being denied boarding or may constitute cause for your removal, as well as the denial of boarding or removal of your traveling party, from the vessel.

Finally, you acknowledge that we will collect and use personal information, including health information, in connection with these measures, and may disclose it to health or port authorities, if required.

IMPORTANT NOTICE TO GUESTS: Your cruise ticket contract, and the terms and conditions for the purchase of any products, services, shore excursions, or other

Celebrity Cruises®

# Booking Confirmation - Agent Copy

Issue Date: 17 MAR 2024
Confirmation Copy #: 1
**This booking was made Onboard**

General Information

| | | | | |
|---|---|---|---|---|
| LE VOYAGISTE DE QUEBEC | Reservation ID: | 1710284 (Group ID Not Applicable) | Booking Date: | 01 MAR 2024 |
| Attn:STEPHANIE | Ship: | CELEBRITY ECLIPSE | Booking Status | Booked |
| 4189774080 | Departure Date: | 25 NOV 2024 | | |
| 3229- 120 CHEMIN DES | Itinerary: | 10 NT ULTIMATE SOUTHERN CARIBBEAN | | |
| QUATRE BOURGEOLS | Stateroom: | I1-GTY | | |
| QUEBEC,QC-G1W 0C1 | Stateroom Obstructed View Percentage | Pending | | |
| CANADA | Sailing Date: | 25 NOV 2024 | | |

activities related to your cruise, contain important limitations on the rights of passengers, including provisions relating to limitation of liability, forum selection, governing law, and the use of alternative dispute resolution to resolve certain types of disputes.

The applicable cruise ticket contract is determined by your Primary Country of Residence. "Primary Country of Residence" means the country where you primarily reside at the time of booking the cruise. This should be indicated by you, your agent, or other representative at the time of booking the cruise or at online check-in.

To find the cruise ticket contract, and purchase terms and conditions applicable to you, please visit this link

You can have quick and easy access to tools and information at your fingertips online. This includes making a payment, extending an option, adding seating for your guests dining experience, and much more! To access this information, log onto www.cruisingpower.com and select "Espresso" from the booking tools drop down menu or use the convenient widget located on the cruisingpower.com home page.

Important Information

- Please take a few minutes to familiarize yourself with the required travel documents you will be asked to provide prior to boarding the ship. It is the guest's responsibility to obtain all valid travel documents for their vacation. Please review the Vital Information page that follows.
- Optional Travel Protection: The Celebrity CruiseCareTM plan is an optional travel protection add-on to your clients' cruise booking and may be purchased through Celebrity for residents in all U.S. states except New York. If added, CruiseCareTM is not effective until the coverage premium has been paid. The premium is not automatically included as part of your clients' initial cruise deposit. To view the terms, conditions and exclusions, please visit www.archinsurancesolutions.com/coverage/Celebrity
  FOR NEW YORK RESIDENTS ONLY: New York state residents who are interested in travel protection should contact Aon Affinity by visiting www.travelcruisecare.com or calling Aon Affinity Customer Service at 800 797-4516.
- Due to new government regulations, Guests must be checked-in and onboard no later than 90 minutes prior to the sailing time or they will not be permitted to sail. To expedite boarding, check-in online at https://secure.celebritycruises.com/checkin/beforeyoucruise This is available 24 hours after final payment has been made and up to three (3) days prior to sailing, not including the day of sailing.
- Be sure to download the Celebrity Cruises app and complete check-in today. The Celebrity Cruises app is full of features that help make the most of your time onboard. Download the Celebrity Cruises app on your mobile device, available for iOS and Android

Celebrity Cruises®

Booking Confirmation
Issue Date: 17 MAR 2024
Booking ID: 1710284
Guest Last Name: GILBERT PICARD

## Prepare to Cruise

It's the responsibility of each guest to acquire necessary travel documents for their entire journey, including consecutive cruises. Guests who fail to present required documents on boarding day may be denied boarding and will not be eligible for a refund.

Valid travel documents such as passports, visas, inoculation certificates, and family legal documents are required for boarding and re-entry in the United States and other countries. Guests should check with their government authority or travel agent to understand documents needed for each destination, including their port of embarkation.

Guest should remain up to date on travel document needs, as government requirements are subject to change at any time.

### DOCUMENTATION AND IMMIGRATION REQUIREMENTS

- Regardless of destination, we encourage guests to bring a valid passport that expires no fewer than six months after their cruise.
  - U.S. Open Loop Itineraries (sailings that begin in a U.S. port, travel within the Western Hemisphere, and end at a different U.S. port): All guests, including children and U.S. citizens, a required present a valid passport when sailing on.
  - U.S. Closed Loop Itineraries (sailings that begin and end in the same U.S. port without leaving the western hemisphere): All guests, including children, must provide either a passport or other government issued documentation, such as a birth certificate and laminated government issued picture ID with photo, name, and date of birth. Baptismal papers, hospital certificates of birth, voter registration cards or Social Security cards are not accepted.
- Some ports of call require a tourist visa. Visit the visa provider of your choice or the website of the Embassy (Consular Services) for each country on your itinerary to learn specific visa requirements, information, forms, and fees.
- The spelling of the guest(s) name on their cruise booking must match their proof of identification.
- The name of the parent(s) and the child traveling with them must be linked through legal documentation. Should the last names of the parent and minor child differ, the parent is required to present the child's valid passport and visa (if required) and the child's birth certificate (original, a notarized copy or a certified copy).

### UNDERSTAND YOUR UNIQUE REQUIREMENTS

| | |
|---|---|
| Our Recommended Visa & Passport Provider | http://www.visacentral.com/celebritycruises\|1.800.579.2406 |
| Western Hemisphere Travel Initiative | www.dhs.gov/western-hemisphere-travel-initiative |
| Alien Registration Card | http://www.usimmigrationsupport.org/greencard_renewal.html |
| Celebrity Cruises Website | https://www.celebritycruises.com/travel-documents |
| Celebrity Cruise Ticket Contract | www.celebritycruises.com/guest-terms |

## Enhance Your Experience

- Download the Celebrity Cruises app or create a guest account at My Celebrity Cruise to make a payment, view sailing details, book cruise enhancements like shore excursions and pre- and post-cruise hotel stays, and receive important pre-cruise notifications.

## Spending Onboard

- When deciding which credit/debit card to associate with your SeaPass onboard spending account, keep in mind that temporary holds or authorizations may be placed on it. While not actual charges, holds will reduce available funds. Most are released within 3 – 5 days after your cruise, but some may take up to 30 days. Contact your card issuer to remove any holds after your cruise. If the form of payment on your onboard account was changed, prior holds will remain on the original card until final charges are submitted at the end of the cruise.
- Royal Caribbean Group Visa Signature Cardholders can link their card to SeaPass account to earn double rewards points during the sailing. Learn more here.

Please Note:

Travel Agents are required to be in compliance with of the U.S. Department of Transportation Final Rule 'Transportation for Individuals with Disabilities: Passenger Vessels', 49 Code of Federal Register Part 39. For more details, please visit www.cruisingpower.com section 7.3 Americans with Disabilities Compliance under Travel Agent Guidelines.