Celebrity Cruises®

# Booking Confirmation - Guest Copy

Issue Date: 19 APR 2024
Confirmation Copy #: 4

| General Information | | | | |
|---|---|---|---|---|
| LE VOYAGISTE DE QUEBEC | Reservation ID: | 1710284 (Group ID 7273438) | Booking Date: | |
| Attn: STEPHANIE | Ship: | CELEBRITY ECLIPSE | Booking Status | Booked |
| 4189774080 | Departure Date: | 25 NOV 2024 | | |
| 3229- 120 CHEMIN DES | Itinerary: | 10 NT ULTIMATE SOUTHERN CARIBBEAN | | |
| QUATRE BOURGEOLS | Stateroom: | I1 - 1035 Prime Inside | | |
| QUEBEC,QC-G1W 0C1 | Stateroom Obstructed View Percentage | 0% | | |
| CANADA | Sailing Date: | 25 NOV 2024 | | |

| Guest Information | Guest #1 | Guest #2 | Guest #3 | Guest #4 |
|---|---|---|---|---|
| Guest Name | LISE GILBERT PICARD | GASTON PICARD | | |
| Captain's Club Number | 743695586 | | | |
| Age Range | 55 + | 55 + | | |
| Dining | 8:30 PM() | 8:30 PM() | | |
| Departure Airport | Cruise Only | Cruise Only | | |
| Special Services | | | | |

Stateroom Dining with Booking ID:
When you make your booking with us, please ensure that you provide your first name and last name as it appears on your passport. When you complete your online check-in, please double check that all of your personal information such as your name and date of birth are correct. You can check-in on the App/website between 45 days and the morning of your sail date. Please let us know as soon as possible if any of your personal details have been recorded incorrectly.

| **Booking Charges - Currency:** CAD | Guest #1 | Guest #2 | Guest #3 | Guest #4 | Total |
|---|---|---|---|---|---|
| Cruise Fare | 2369.00 | 2369.00 | 0.00 | 0.00 | 4738.00 |
| SAVING BONUS | -53.00 | -53.00 | 0.00 | 0.00 | -106.00 |
| TFQ7-BEVCLINGRA10 | 1246.00 | 1246.00 | 0.00 | 0.00 | 2492.00 |
| TFQ6-PROMO2C 10N | -1246.00 | -1246.00 | 0.00 | 0.00 | -2492.00 |
| TDX8-BASICWIFCH10 | 260.00 | 260.00 | 0.00 | 0.00 | 520.00 |
| TDX9-BASICWIFSV10 | -260.00 | -260.00 | 0.00 | 0.00 | -520.00 |
| AINC-ALWAYS INC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CJ10-GRP GRAT REG | 239.40 | 239.40 | 0.00 | 0.00 | 478.80 |
| TGR6-GRAT STD 10N | -239.40 | -239.40 | 0.00 | 0.00 | -478.80 |
| Taxes, fees, and port expenses | 196.00 | 196.00 | 0.00 | 0.00 | 392.00 |
| Total Charge | 2512.00 | 2512.00 | 0.00 | 0.00 | 5024.00 |
| Amount Paid | | | | | 1100.00 |
| Balance Due | | | | | 3924.00 |

Promotions Applied

Up to 150 Savings per stateroom REF
Onboard Sales OBC offer. Booked by Onboard sa

Please be advised if your booking qualifies for any amenity these will be applied within 10 business days.

Onboard Credit

| USD | Guest 1 | Guest 2 | Guest 3 | Guest 4 | Total |
|---|---|---|---|---|---|
| Onboard Credit | | $150.00 | | | $150.00 |

The minimum deposit for this reservation is Non-Refundable. A change fee of 100 CAD per guest will apply for ship or sail date changes.

Deposit of $960.00 is due by 24 MAR 2024,5:00 PM EST Final Payment is due by 27 AUG 2024, 5:00 PM EST

The balance due must be paid in full by the final payment date listed above to prevent your booking from cancelling. Balance and payments may not reflect recent transactions made within the past 48 hours.

Celebrity Cruises®

# Booking Confirmation - Guest Copy

Issue Date: 19 APR 2024
Confirmation Copy #: 4

## General Information

| | | | | |
|---|---|---|---|---|
| LE VOYAGISTE DE QUEBEC | Reservation ID: | 1710284 (Group ID 7273438) | Booking Date: | |
| Attn: STEPHANIE | Ship: | CELEBRITY ECLIPSE | Booking Status | Booked |
| 4189774080 | Departure Date: | 25 NOV 2024 | | |
| 3229- 120 CHEMIN DES | Itinerary: | 10 NT ULTIMATE SOUTHERN CARIBBEAN | | |
| QUATRE BOURGEOLS | Stateroom: | I1 - 1035 Prime Inside | | |
| QUEBEC,QC-G1W 0C1 | Stateroom Obstructed View Percentage | 0% | | |
| CANADA | Sailing Date: | 25 NOV 2024 | | |

| Cancellation Schedule | Cancellation Amount | Date |
|---|---|---|
| 89 to 75 Days Prior to Sailing | 25 % per Guest | 28 AUG 2024 |
| 74 to 61 Days Prior to Sailing | 50 % per Guest | 12 SEP 2024 |
| 60 to 31 Days Prior to Sailing | 75 % per Guest | 26 SEP 2024 |
| 30 to 0 Days Prior to Sailing | 100 % per Guest | 26 OCT 2024 |

If your stateroom is GTY (Guarantee) or WLT (Waitlist), once your stateroom is assigned or confirmed, you'll receive an updated invoice advising you of your assigned stateroom. If your stateroom has an obstructed view, you'll receive details once your room is assigned. Bed configuration will be displayed once your stateroom is assigned.

Remember to plan your cruise before you sail. Pricing pre-cruise will always be lower than on board. Login here to start planning today: www.celebritycruises.com/booked

## Booking Itinerary

Outbound Travel Arrangements:

Pre Cruise Arrangements

**Cruise Itinerary - Check-in Between:** 10:00 AM - 2:00 PM (Embarkation time, itinerary, hotel, rail and/or transportation may change without notice as conditions warrant)

| Date | Port Location | Arrive | Depart | Date | Port Location | Arrive | Depart |
|---|---|---|---|---|---|---|---|
| 25 NOV | FORT LAUDERDALE, FLORIDA | | 3:30 PM | 30 NOV | BRIDGETOWN, BARBADOS | 9:30 AM | 6:00 PM |
| 26 NOV | AT SEA | | | 01 DEC | ROSEAU, DOMINICA | 8:00 AM | 6:00 PM |
| 27 NOV | AT SEA | | | 02 DEC | BASSETERRE, ST KITTS & NEVIS | 8:00 AM | 6:00 PM |
| 28 NOV | TORTOLA, B.V.I. | 8:00 AM | 6:00 PM | 03 DEC | AT SEA | | |
| 29 NOV | ST. JOHNS, ANTIGUA | 7:00 AM | 4:00 PM | 04 DEC | AT SEA | | |
| | | | | 05 DEC | FORT LAUDERDALE, FLORIDA | 7:00 AM | |

Post Cruise Arrangements

Inbound Travel Arrangements:

Health Acknowledgment

Exposure to pathogens (such as the virus that causes COVID-19) is an inherent risk in places where people gather and may result in severe illness or death. Exposure may occur at any point during your voyage, onboard or ashore. Remaining onboard at all times during your voyage will not prevent exposure because pathogens may be brought onboard by others, including passengers who choose to participate in shore excursions or activities ashore in our various ports of calls or private destinations. Our health and safety measures mitigate the risk of exposure but cannot eliminate it entirely. Before booking or sailing on a cruise, all guests should consider their individual risk level for severe illness resulting from pathogen exposure and make an informed travel decision on that basis. We recommend guests with a higher risk of severe illness consult with their doctor prior to booking or sailing with us.

By booking a cruise with us, on behalf of yourself and/or others for whom you are acting (collectively "you" or "your"), you acknowledge that you understand the risks related to exposure to pathogens and their resulting illnesses while cruising with us, including those relating to guests who are at a higher risk of severe illness.

Further, you agree to review and comply with our Guest Health, Safety and Conduct Policy, as well any of our health or safety instructions, or other posted signage. Failure to do so will lead to you being denied boarding or may constitute cause for your removal, as well as the denial of boarding or removal of your traveling party, from the vessel.

Finally, you acknowledge that we will collect and use personal information, including health information, in connection with these measures, and may disclose it to health or port authorities, if required.

Celebrity Cruises®

# Booking Confirmation - Guest Copy

Issue Date: 19 APR 2024
Confirmation Copy #: 4

## General Information

| | | | | |
|---|---|---|---|---|
| LE VOYAGISTE DE QUEBEC | Reservation ID: | 1710284 (Group ID 7273438) | Booking Date: | |
| Attn: STEPHANIE | Ship: | CELEBRITY ECLIPSE | Booking Status | Booked |
| 4189774080 | Departure Date: | 25 NOV 2024 | | |
| 3229- 120 CHEMIN DES | Itinerary: | 10 NT ULTIMATE SOUTHERN CARIBBEAN | | |
| QUATRE BOURGEOLS | Stateroom: | I1 - 1035 Prime Inside | | |
| QUEBEC,QC-G1W 0C1 | Stateroom Obstructed View Percentage | 0% | | |
| CANADA | Sailing Date: | 25 NOV 2024 | | |

IMPORTANT NOTICE TO GUESTS: Your cruise ticket contract, and the terms and conditions for the purchase of any products, services, shore excursions, or other activities related to your cruise, contain important limitations on the rights of passengers, including provisions relating to limitation of liability, forum selection, governing law, and the use of alternative dispute resolution to resolve certain types of disputes.

The applicable cruise ticket contract is determined by your Primary Country of Residence. "Primary Country of Residence" means the country where you primarily reside at the time of booking the cruise. This should be indicated by you, your agent, or other representative at the time of booking the cruise or at online check-in.

To find the cruise ticket contract, and purchase terms and conditions applicable to you, please visit this link

## Important Information

- Please take a few minutes to familiarize yourself with the required travel documents you will be asked to provide prior to boarding the ship. It is the guest's responsibility to obtain all valid travel documents for their vacation. Please review the Vital Information page that follows.
- Optional Travel Protection: The Celebrity CruiseCareTM plan is an optional travel protection add-on to your cruise booking and may be purchased through Celebrity for residents in all U.S. states except New York. If added, CruiseCareTM is not effective until the coverage premium has been paid. The premium is not automatically included as part of your initial cruise deposit. To view the terms, conditions and exclusions, please visit www.archinsurancesolutions.com/coverage/Celebrity
  FOR NEW YORK RESIDENTS ONLY: New York state residents who are interested in travel protection should contact Aon Affinity by visiting www.travelcruisecare.com or calling Aon Affinity Customer Service at 800 797-4516.
- Due to new government regulations, Guests must be checked-in and onboard no later than 90 minutes prior to the sailing time or they will not be permitted to sail. To expedite boarding, check-in online at https://secure.celebritycruises.com/checkin/beforeyoucruise This is available 24 hours after final payment has been made and up to three (3) days prior to sailing, not including the day of sailing.
- Be sure to download the Celebrity Cruises app and complete check-in today. The Celebrity Cruises app is full of features that help make the most of your time onboard. Download the Celebrity Cruises app on your mobile device, available for iOS and Android

When changing the ship, sail date or stateroom category of your BookNow, please be sure to retain the same booking number in order to keep the qualifying onboard offers tied to your reservation.

Celebrity Cruises®

Booking Confirmation
Issue Date: 19 APR 2024
Booking ID: 1710284
Guest Last Name: GILBERT PICARD

## Prepare to Cruise

It's the responsibility of each guest to acquire necessary travel documents for their entire journey, including consecutive cruises. Guests who fail to present required documents on boarding day may be denied boarding and will not be eligible for a refund.

Valid travel documents such as passports, visas, inoculation certificates, and family legal documents are required for boarding and re-entry in the United States and other countries. Guests should check with their government authority or travel agent to understand documents needed for each destination, including their port of embarkation.

Guest should remain up to date on travel document needs, as government requirements are subject to change at any time.

### DOCUMENTATION AND IMMIGRATION REQUIREMENTS

- Regardless of destination, we encourage guests to bring a valid passport that expires no fewer than six months after their cruise.
  - o U.S. Open Loop Itineraries (sailings that begin in a U.S. port, travel within the Western Hemisphere, and end at a different U.S. port): All guests, including children and U.S. citizens, a required present a valid passport when sailing on.
  - o U.S. Closed Loop Itineraries (sailings that begin and end in the same U.S. port without leaving the western hemisphere): All guests, including children, must provide either a passport or other government issued documentation, such as a birth certificate and laminated government issued picture ID with photo, name, and date of birth. Baptismal papers, hospital certificates of birth, voter registration cards or Social Security cards are not accepted.
- Some ports of call require a tourist visa. Visit the visa provider of your choice or the website of the Embassy (Consular Services) for each country on your itinerary to learn specific visa requirements, information, forms, and fees.
- The spelling of the guest(s) name on their cruise booking must match their proof of identification.
- The name of the parent(s) and the child traveling with them must be linked through legal documentation. Should the last names of the parent and minor child differ, the parent is required to present the child's valid passport and visa (if required) and the child's birth certificate (original, a notarized copy or a certified copy).

### UNDERSTAND YOUR UNIQUE REQUIREMENTS

| | |
|---|---|
| Our Recommended Visa & Passport Provider | http://www.visacentral.com/celebritycruises\|1.800.579.2406 |
| Western Hemisphere Travel Initiative | www.dhs.gov/western-hemisphere-travel-initiative |
| Alien Registration Card | http://www.usimmigrationsupport.org/greencard_renewal.html |
| Celebrity Cruises Website | https://www.celebritycruises.com/travel-documents |
| Celebrity Cruise Ticket Contract | www.celebritycruises.com/guest-terms |

## Enhance Your Experience

- Download the Celebrity Cruises app or create a guest account at My Celebrity Cruise to make a payment, view sailing details, book cruise enhancements like shore excursions and pre- and post-cruise hotel stays, and receive important pre-cruise notifications.

## Spending Onboard

- When deciding which credit/debit card to associate with your SeaPass onboard spending account, keep in mind that temporary holds or authorizations may be placed on it. While not actual charges, holds will reduce available funds. Most are released within 3 – 5 days after your cruise, but some may take up to 30 days. Contact your card issuer to remove any holds after your cruise. If the form of payment on your onboard account was changed, prior holds will remain on the original card until final charges are submitted at the end of the cruise.
- Royal Caribbean Group Visa Signature Cardholders can link their card to SeaPass account to earn double rewards points during the sailing. Learn more here.

Celebrity Cruises®

# Booking Confirmation - Agent Copy

Issue Date: 06 AUG 2024
Confirmation Copy #: 5

| General Information | | | |
|---|---|---|---|
| LE VOYAGISTE DE QUEBEC | Reservation ID: | 1710284 (Group ID 7273438) | Booking Date: |
| Attn: STEPHANIE | Ship: | CELEBRITY ECLIPSE | Booking Status Booked |
| 4189774080 | Departure Date: | 25 NOV 2024 | |
| 3229- 120 CHEMIN DES | Itinerary: | 10 NT ULTIMATE SOUTHERN CARIBBEAN | |
| QUATRE BOURGEOLS | Stateroom: | I1-1035 Prime Inside | |
| QUEBEC,QC-G1W 0C1 | Stateroom Obstructed View Percentage | 0% | |
| CANADA | Sailing Date: | 25 NOV 2024 | |

| Guest Information | Guest #1 | Guest #2 | Guest #3 | Guest #4 |
|---|---|---|---|---|
| Guest Name | LISE GILBERT PICARD | GASTON PICARD | | |
| Captain's Club Number | 743695586 | | | |
| Age Range | 55 + | 55 + | | |
| Dining | CEL SLCT() | CEL SLCT() | | |
| Departure Airport | Cruise Only | Cruise Only | | |
| Special Services | | | | |

Stateroom Dining With Booking ID:

Celebrity Select Dining has been chosen on this reservation. This allows more flexibility for your dinner experience. Every evening, you can choose what time you would like to dine in the main dining room during dinner hours, based on availability. Reservations can be made online up to 4 days prior to your cruise, or once onboard the ship. For more information, or to make your pre-cruise dining reservations, please contact your travel agent or go to www.celebritycruises.com.

| Booking Charges<br>Currency: CAD | Guest #1 | Guest #2 | Guest #3 | Guest #4 | Total | Comm/ Admin Rate |
|---|---|---|---|---|---|---|
| Cruise Fare | 1909.00 | 1909.00 | 0.00 | 0.00 | 3818.00 | 13% |
| Non Comm Cruise Fare | 460.00 | 460.00 | 0.00 | 0.00 | 920.00 | 0% |
| SAVING BONUS | -53.00 | -53.00 | 0.00 | 0.00 | -106.00 | 13% |
| TFQ7-BEVCLINGRA10 | 1246.00 | 1246.00 | 0.00 | 0.00 | 2492.00 | 0% |
| TFQ6-PROMO2C 10N | -1246.00 | -1246.00 | 0.00 | 0.00 | -2492.00 | 0% |
| TDX8-BASICWIFCH10 | 260.00 | 260.00 | 0.00 | 0.00 | 520.00 | 0% |
| TDX9-BASICWIFSV10 | -260.00 | -260.00 | 0.00 | 0.00 | -520.00 | 0% |
| AINC-ALWAYS INC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% |
| CJ10-GRP GRAT REG | 239.40 | 239.40 | 0.00 | 0.00 | 478.80 | 0% |
| TGR6-GRAT STD 10N | -239.40 | -239.40 | 0.00 | 0.00 | -478.80 | 0% |
| Taxes, fees, and port expenses | 196.00 | 196.00 | 0.00 | 0.00 | 392.00 | 0% |
| Gross Charges | 2512.00 | 2512.00 | 0.00 | 0.00 | 5024.00 | 0% |
| Comm/Admin | 241.28 | 241.28 | 0.00 | 0.00 | 482.56 | |
| Total Comm/Admin | | | | | 482.56 | |
| Net Charges | 2270.72 | 2270.72 | 0.00 | 0.00 | 4541.44 | |
| Amount Paid | | | | | 5024.00 | |
| Net Balance Due | | | | | **-482.56** | |

If your stateroom is GTY (Guarantee) or WLT (Waitlist), once your stateroom is assigned or confirmed, you'll receive an updated invoice advising you of your assigned stateroom. If your stateroom has an obstructed view, you'll receive details once your room is assigned. Bed configuration will be displayed once your stateroom is assigned.

Celebrity Cruises®

# Booking Confirmation - Agent Copy

Issue Date: 06 AUG 2024
Confirmation Copy #: 5

## General Information

| | | | | |
|---|---|---|---|---|
| LE VOYAGISTE DE QUEBEC | Reservation ID: | 1710284 (Group ID 7273438) | Booking Date: | |
| Attn: STEPHANIE | Ship: | CELEBRITY ECLIPSE | Booking Status | Booked |
| 4189774080 | Departure Date: | 25 NOV 2024 | | |
| 3229- 120 CHEMIN DES | Itinerary: | 10 NT ULTIMATE SOUTHERN CARIBBEAN | | |
| QUATRE BOURGEOLS | Stateroom: | I1-1035 Prime Inside | | |
| QUEBEC,QC-G1W 0C1 | Stateroom Obstructed View Percentage | 0% | | |
| CANADA | Sailing Date: | 25 NOV 2024 | | |

The minimum deposit for this reservation is Non-Refundable. A change fee of 100 CAD per guest will apply for ship or sail date changes.

Deposit of $960.00 is due by 24 MAY 2024,5:00 PM EST Final Payment is due by 27 AUG 2024, 5:00 PM EST

The balance due must be paid in full by the final payment date listed above to prevent your booking from cancelling. Balance and payments may not reflect recent transactions made within the past 48 hours.

Remit payments through CruisePay at www.cruisingpower.com or P.O. Box 025511 Miami, FL. 33102-5511 USA.
Except where expressly prohibited by law, guests who have not prepaid gratuities will be assessed a daily gratuity amount which shall be charged to each guest's SeaPass account on a per person, per day basis. Additionally, all pre-cruise and onboard purchases of spa and salon services, beverage and beverage packages, specialty dining and specialty dining packages, and mini bar purchases will be assessed a gratuity charge. Gratuity charges assessed will be at the rate(s) in effect at the time of purchase as published on https://www.celebritycruises.com/int/faqs/while-on-board#gratuities
Gratuities may be modified in the guest's sole discretion by visiting the Guest Relations desk onboard at any time prior to the morning of disembarkation.

Onboard Credit

| USD | Guest 1 | Guest 2 | Guest 3 | Guest 4 | Total |
|---|---|---|---|---|---|
| Onboard Credit | | $150.00 | | | $150.00 |

## Promotions Applied

Up to 150 Savings per stateroom REF
Onboard Sales OBC offer. Booked by Onboard sa

Please be advised if your booking qualifies for any amenity these will be applied within 10 business days.

| Cancellation Schedule | Cancellation Amount | Date |
|---|---|---|
| 89 to 75 Days Prior to Sailing | 25 % per Guest | 28 AUG 2024 |
| 74 to 61 Days Prior to Sailing | 50 % per Guest | 12 SEP 2024 |
| 60 to 31 Days Prior to Sailing | 75 % per Guest | 26 SEP 2024 |
| 30 to 0 Days Prior to Sailing | 100 % per Guest | 26 OCT 2024 |

Celebrity Cruises®

# Booking Confirmation - Agent Copy

Issue Date: 06 AUG 2024
Confirmation Copy #: 5

## General Information

| | | | |
|---|---|---|---|
| LE VOYAGISTE DE QUEBEC | Reservation ID: | 1710284 (Group ID 7273438) | Booking Date: |
| Attn: STEPHANIE | Ship: | CELEBRITY ECLIPSE | Booking Status Booked |
| 4189774080 | Departure Date: | 25 NOV 2024 | |
| 3229- 120 CHEMIN DES | Itinerary: | 10 NT ULTIMATE SOUTHERN CARIBBEAN | |
| QUATRE BOURGEOLS | Stateroom: | I1-1035 Prime Inside | |
| QUEBEC,QC-G1W 0C1 | Stateroom Obstructed View Percentage | 0% | |
| CANADA | Sailing Date: | 25 NOV 2024 | |

Remember to plan your cruise before you sail. Login here to start planning today: www.celebritycruises.com/booked

## Booking Itinerary

Outbound Travel Arrangements:

Pre Cruise Arrangements

**Cruise Itinerary - Check-in Between:** 10:00 AM - 2:00 PM (Embarkation time, itinerary, hotel, rail and/or transportation may change without notice as conditions warrant)

| Date | Port Location | Arrive | Depart | Date | Port Location | Arrive | Depart |
|---|---|---|---|---|---|---|---|
| 25 NOV | FORT LAUDERDALE, FLORIDA | | 3:30 PM | 30 NOV | BRIDGETOWN, BARBADOS | 9:30 AM | 6:00 PM |
| 26 NOV | AT SEA | | | 01 DEC | ROSEAU, DOMINICA | 8:00 AM | 6:00 PM |
| 27 NOV | AT SEA | | | 02 DEC | BASSETERRE, ST KITTS & NEVIS | 8:00 AM | 6:00 PM |
| 28 NOV | TORTOLA, B.V.I. | 8:00 AM | 6:00 PM | 03 DEC | AT SEA | | |
| 29 NOV | ST. JOHNS, ANTIGUA | 7:00 AM | 4:00 PM | 04 DEC | AT SEA | | |
| | | | | 05 DEC | FORT LAUDERDALE, FLORIDA | 7:00 AM | |

Post Cruise Arrangements

Inbound Travel Arrangements:

IMPORTANT NOTICE TO GUESTS: Your cruise ticket contract, and the terms and conditions for the purchase of any products, services, shore excursions, or other activities related to your cruise, contain important limitations on the rights of passengers, including provisions relating to limitation of liability, forum selection, governing law, and the use of alternative dispute resolution to resolve certain types of disputes.

The applicable cruise ticket contract is determined by your Primary Country of Residence. "Primary Country of Residence" means the country where you primarily reside at the time of booking the cruise. This should be indicated by you, your agent, or other representative at the time of booking the cruise or at online check-in.

To find the cruise ticket contract, and purchase terms and conditions applicable to you, please visit this link

You can have quick and easy access to tools and information at your fingertips online. This includes making a payment, extending an option, adding seating for your guests dining experience, and much more! To access this information, log onto www.cruisingpower.com and select "Espresso" from the booking tools drop down menu or use the convenient widget located on the cruisingpower.com home page.

## Important Information

- Please take a few minutes to familiarize yourself with the required travel documents you will be asked to provide prior to boarding the ship. It is the guest's responsibility to obtain all valid travel documents for their vacation. Please review the Vital Information page that follows.
- Optional Travel Protection: The Celebrity CruiseCareTM plan is an optional travel protection add-on to your clients' cruise booking and may be purchased through Celebrity for residents in all U.S. states except New York or Hawaii. If added, CruiseCareTM is not effective until the coverage premium has been paid. The premium is not automatically included as part of your clients' initial cruise deposit. To view the terms, conditions and exclusions, please visit www.archinsurancesolutions.com/coverage/Celebrity
FOR NEW YORK AND HAWAII RESIDENTS ONLY: New York or Hawaii state residents who are interested in travel protection should contact Aon Affinity by visiting www.travelcruisecare.com or calling Aon Affinity Customer Service at 800 797-4516.
- Due to new government regulations, Guests must be checked-in and onboard no later than 90 minutes prior to the sailing time or they will not be permitted to sail. To expedite boarding, check-in online at https://secure.celebritycruises.com/checkin/beforeyoucruise This is available 24 hours after final payment has been made and up to three (3) days prior to sailing, not including the day of sailing.
- Be sure to download the Celebrity Cruises app and complete check-in today. The Celebrity Cruises app is full of features that help make the most of your time onboard. Download the Celebrity Cruises app on your mobile device, available for iOS and Android

Celebrity Cruises®

# Booking Confirmation - Agent Copy

Issue Date: 06 AUG 2024
Confirmation Copy #: 5

| General Information | | | |
|---|---|---|---|
| LE VOYAGISTE DE QUEBEC | Reservation ID: | 1710284 (Group ID 7273438) | Booking Date: |
| Attn: STEPHANIE | Ship: | CELEBRITY ECLIPSE | Booking Status Booked |
| 4189774080 | Departure Date: | 25 NOV 2024 | |
| 3229- 120 CHEMIN DES | Itinerary: | 10 NT ULTIMATE SOUTHERN CARIBBEAN | |
| QUATRE BOURGEOLS | Stateroom: | I1-1035 Prime Inside | |
| QUEBEC,QC-G1W 0C1 | Stateroom Obstructed View Percentage | 0% | |
| CANADA | Sailing Date: | 25 NOV 2024 | |

Celebrity Cruises®

Booking Confirmation
Issue Date: 06 AUG 2024
Booking ID: 1710284
Guest Last Name: GILBERT PICARD

## Prepare to Cruise

It's the responsibility of each guest to acquire necessary travel documents for their entire journey, including consecutive cruises. Guests who fail to present required documents on boarding day may be denied boarding and will not be eligible for a refund.

Valid travel documents such as passports, visas, inoculation certificates, and family legal documents are required for boarding and re-entry in the United States and other countries. Guests should check with their government authority or travel agent to understand documents needed for each destination, including their port of embarkation.

Guest should remain up to date on travel document needs, as government requirements are subject to change at any time.

### DOCUMENTATION AND IMMIGRATION REQUIREMENTS

- Regardless of destination, we encourage guests to bring a valid passport that expires no fewer than six months after their cruise.
  - o U.S. Open Loop Itineraries (sailings that begin in a U.S. port, travel within the Western Hemisphere, and end at a different U.S. port): All guests, including children and U.S. citizens, a required present a valid passport when sailing on.
  - o U.S. Closed Loop Itineraries (sailings that begin and end in the same U.S. port without leaving the western hemisphere): All guests, including children, must provide either a passport or other government issued documentation, such as a birth certificate and laminated government issued picture ID with photo, name, and date of birth. Baptismal papers, hospital certificates of birth, voter registration cards or Social Security cards are not accepted.
- Some ports of call require a tourist visa. Visit the visa provider of your choice or the website of the Embassy (Consular Services) for each country on your itinerary to learn specific visa requirements, information, forms, and fees.
- The spelling of the guest(s) name on their cruise booking must match their proof of identification.
- The name of the parent(s) and the child traveling with them must be linked through legal documentation. Should the last names of the parent and minor child differ, the parent is required to present the child's valid passport and visa (if required) and the child's birth certificate (original, a notarized copy or a certified copy).

### UNDERSTAND YOUR UNIQUE REQUIREMENTS

| | |
|---|---|
| Our Recommended Visa & Passport Provider | http://www.visacentral.com/celebritycruises\|1.800.579.2406 |
| Western Hemisphere Travel Initiative | www.dhs.gov/western-hemisphere-travel-initiative |
| Alien Registration Card | http://www.usimmigrationsupport.org/greencard_renewal.html |
| Celebrity Cruises Website | https://www.celebritycruises.com/travel-documents |
| Celebrity Cruise Ticket Contract | www.celebritycruises.com/guest-terms |

## Enhance Your Experience

- Download the Celebrity Cruises app or create a guest account at My Celebrity Cruise to make a payment, view sailing details, book cruise enhancements like shore excursions and pre- and post-cruise hotel stays, and receive important pre-cruise notifications.

## Spending Onboard

- When deciding which credit/debit card to associate with your SeaPass onboard spending account, keep in mind that temporary holds or authorizations may be placed on it. While not actual charges, holds will reduce available funds. Most are released within 3 – 5 days after your cruise, but some may take up to 30 days. Contact your card issuer to remove any holds after your cruise. If the form of payment on your onboard account was changed, prior holds will remain on the original card until final charges are submitted at the end of the cruise.
- Royal Caribbean Group Visa Signature Cardholders can link their card to SeaPass account to earn double rewards points during the sailing. Learn more here.

Please Note:

Travel Agents are required to be in compliance with of the U.S. Department of Transportation Final Rule 'Transportation for Individuals with Disabilities: Passenger Vessels', 49 Code of Federal Register Part 39. For more details, please visit www.cruisingpower.com section 7.3 Americans with Disabilities Compliance under Travel Agent Guidelines.