# Search Booking ID

Excludes Cancelled Guests and Test Bookings

Search Booking ID

1710284

Ship Code

EC

Sail Date

11/25/2024

Passenger Status

- Select all
- AC

## OLCI Details

| Ship Code | Sail Date | Booking ID | Passenger ID | Passenger Status | First Name | Last Name | OLCI Start DTM | Start Source | OLCI Complete DTM | Complete Source |
|---|---|---|---|---|---|---|---|---|---|---|
| EC | 11/25/2024 | 1710284 | 698088727 | AC | LISE | GILBERT PICARD | 10/11/2024 10:35:16 AM | Web | 10/11/2024 10:43:53 AM | Web |

## Cruise Ticket Contract

| CTC Complete DTM | Booking Office | Grantee Booking ID | Grantee Passenger ID | Grantor FirstName | Grantor LastName | Grantor Email | Country | Grantor Account ID |
|---|---|---|---|---|---|---|---|---|
| 10/11/2024 10:42:15 AM | MIA | 1710284 | 698088727 | Lise | Gilbert Picard | lisegilbert117@gmail.com | CAN | 30da802f-e7c0-421e-824a-d2fa6c323e82 |
| 10/11/2024 10:42:15 AM | MIA | 1710284 | 705785117 | Lise | Gilbert Picard | lisegilbert117@gmail.com | CAN | 30da802f-e7c0-421e-824a-d2fa6c323e82 |