## Transaction Details

Clear

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Transaction Id:** | 563550439 | **Create Date:** | 11Oct2024 10:42AM | **User Id:** | QROBOT | | |
| **Office:** | Miami | **Brand:** | Celebrity Cruises | **Ship:** | ECLIPSE | **Saildate:** | 25Nov2024 |
| **Group Id:** | 7273438 | **Booking Id:** | 1710284 | **HQ Travel Id:** | | **Travel Id:** | 305497 |
| **Print Batch Id:** | 0 | **Priority Id:** | 3 | **Language:** | English | **Shipment Type:** | Domestic |
| **Currency:** | CAD | **Stateroom:** | 1035 | **Embarkation:** | FLL | **Debarkation:** | FLL |
| **XRef Id:** | | **Direct Flag:** | No | **In House Flag:** | No | **Fulfilment:** | |
| **Fax Number:** | | **Email Address:** | lisegilbert117@gmail.com | | | | |
| **Contact Name:** | | **Recipient Name:** | | | | | |
| **Address 1:** | | | | | | | |
| **Address 2:** | | | | | | | |
| **Address 3:** | | | | | | | |
| **Address 4:** | | | | | | | |
| **City:** | | | | | | | |
| **State:** | | | | | | | |
| **Postal:** | | | | | | | |

**Documents:**

**From:**
**Sent:**
**To:**
**Subject:** Prepare for Your Boarding Day




## YOUR UPCOMING SAILING

RESERVATION: 1710284 | SHIP NAME: Celebrity Eclipse | SAILING DATE: 25 Nov 2024

# YOUR SCHEDULED ARRIVAL TIME AT THE TERMINAL IS 12:00 PM – 12:30 PM

For a seamless start to your cruise, please arrive at your scheduled time for the best boarding experience. Everyone in your reservation needs to check in together.

## YOUR UPCOMING SAILING

1 Before you arrive, start your check-in, health questionnaire, and Muster 2.0™ in the app.

2 Arrive at your scheduled time with everyone in your party and your tagged luggage.

3 Have all your physical travel documentation and medication on hand (and not in checked luggage).

4 Have your printed or digital Xpress Boarding Pass ready to show port agents.

5

Head to the gangway and board your ship.

6

Log on to Wi-Fi, so you can complete the Guest Safety briefing and stay connected at sea.

## YOUR VACATION MADE EASY

- Book the shore excursions you want
- Reserve specialty dining at preferred times
- Purchase drink packages, spa treatments, and Wi-Fi packages
- Check in for faster boarding
- Receive important pre-cruise notifications
- Lock in special pre-cruise pricing*

*Pre-cruise pricing is always lower than on board

Download on the App Store

GET IT ON Google Play




## BE THE FIRST TO KNOW



Sign up now to receive exciting announcements, exclusive offers on shore excursions, onboard amenities, and future vacations.

SIGN-UP TODAY

## QUESTIONS?

To see some of the most asked questions answered, visit our

**FAQS**

#CELEBRITYCRUISES

IMPORTANT NOTICE TO GUESTS: Your cruise ticket contract or booking conditions, and the terms and conditions for the purchase of any products, services, shore excursions or other activities related to your cruise, contain important limitations on the rights of passengers, including provisions relating to limitation of liability, forum selection, governing law, and the use of alternative dispute resolution to resolve certain types of disputes. The applicable cruise ticket contract or booking conditions is determined by your Primary Country of Residence. "Primary Country of Residence" means the country where you primarily reside at the time of booking the cruise. This should be indicated by you, your agent, or other representative at the time of booking the cruise or at online check-in. To find the applicable cruise ticket contract or booking conditions, and the purchase terms and conditions, please visit www.celebritycruises.com/guest-terms.

©2024 Celebrity Cruises Inc. Ships' registry: Malta.

Celebrity Cruises Inc.
1050 Caribbean Way
Miami, FL 33132
www.celebritycruises.com

Privacy Policy

CONFIDENTIALITY NOTE: This message may contain confidential or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking any action in reliance on these contents is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this e-mail and then delete it from your system.