## Guest Docs Dashboard

Status: (•) All ( ) In Process ( ) Created ( ) Error ( ) Re-Issued ( ) Completed

Group Id: | Booking Id: 1710284 | Book:
Booking Office: | Ship: ECLIPSE | Sail Date:
Travel Agency: | HQ Travel Agency: | Guest Id:
Print Batch: | Create Date: | Trans Id:
C/O ☑ A/S ☑ | Campaign: | Search | Reset | Sort

| Transaction Id | | Book | Brand | Ship | Sail Date | Group Id | Booking Id | Travel Agency Id | Create Date | Status | Document | Send Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 572765543 | | 99-Online Checkin Confirmation | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 22Nov2024 6:59AM | | | |
| 572765485 | | 99-Online Checkin Confirmation | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 22Nov2024 6:59AM | | | |
| 571067178 | | 99-Online Checkin Confirmation | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 15Nov2024 4:56AM | | | |
| 571067154 | | 99-Online Checkin Confirmation | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 15Nov2024 4:56AM | | | |
| 568848195 | | 8-Sailing Protocols | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 07Nov2024 5:00AM | | | |
| 568848189 | | 8-Sailing Protocols | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 07Nov2024 5:00AM | | | |
| 567426791 | | 8-Sailing Protocols | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 31Oct2024 3:45AM | | | |
| 567426785 | | 8-Sailing Protocols | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 31Oct2024 3:45AM | | | |
| 566458173 | | 91-eDocs (electronic documents) | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 26Oct2024 3:34AM | | | |
| 563550439 | | 99-Online Checkin Confirmation | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 11Oct2024 10:42AM | | | |

## Guest Docs Dashboard

Status: (•) All ( ) In Process ( ) Created ( ) Error ( ) Re-Issued ( ) Completed

Group Id: | Booking Id: 1710284 | Book:
Booking Office: | Ship: ECLIPSE | Sail Date:
Travel Agency: | HQ Travel Agency: | Guest Id:
Print Batch: | Create Date: | Trans Id:
C/O ☑ A/S ☑ | Campaign: | Search | Reset | Sort

| Transaction Id | | Book | Brand | Ship | Sail Date | Group Id | Booking Id | Travel Agency Id | Create Date | Status | Document | Send Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 549179836 | | 50-Bkg: Invoice | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 06Aug2024 8:50AM | | | |
| 524577656 | | 50-Bkg: Invoice | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 19Apr2024 3:56PM | | | |
| 524577637 | | 50-Bkg: Invoice | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 19Apr2024 3:55PM | | | |
| 517601045 | | 50-Bkg: Invoice | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 19Mar2024 5:28PM | | | |
| 517599407 | | 50-Bkg: Invoice | C | ECLIPSE | 25Nov2024 | 0 | 1710284 | 305497 | 19Mar2024 5:17PM | | | |
| 517144907 | | 50-Bkg: Invoice | C | ECLIPSE | 25Nov2024 | 0 | 1710284 | 305497 | 17Mar2024 1:19PM | | | |

**From:**
**Sent:**
**To:**
**Subject:** Your Guest Vacation Documents are now ready for Group ID: 7273438 and Reservation ID: 1710284 Gilbert Picard - EC 25 Nov 2024
**Attachments:** T906d76d1-2609-450f-a6ff-dfa1113f6cc3.pdf

Dear LISE GILBERT PICARD,

Thanks again for choosing Celebrity Cruises. Your electronic cruise documents for Reservation Number 1710284 are now ready at the link below. You will need to enter your reservation number, last name, ship and sail date to access your documents. Please print and carry these documents with you during the boarding process as well as your required forms of citizenship and identification (i.e: a valid Passport or other Department of Homeland Security approved documents).

ONLINE CHECK-IN
To expedite the boarding process, please ensure that you have completed your online check-in no less that 4 days prior to your sailing. There you will be asked to complete your immigration and embarkation forms, accept the Cruise Ticket Contract, and set up your onboard expense account. Also, please print your Xpress Pass which will be collected during ship check-in formalities. For your convenience, a link to online check-in is shown below.

http://www.celebritycruises.com/onlinecheckin

CONFIDENTIALITY NOTE: This message may contain confidential or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking any action in reliance on these contents is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this e-mail and then delete it from your system.

**Lise Gilbert Picard**
**Gaston Picard**

10 NT ULTIMATE SOUTHERN CARIBBEAN
Celebrity Eclipse 25 Nov 2024

# Guest Ticket Booklet

**IMPORTANT NOTICE TO GUESTS:**
Your cruise ticket contract or booking conditions, and the terms and conditions for the purchase of any products, services, shore excursions, or other activities related to the cruise sailing, contain important limitations on the rights of passengers, including provisions relating to limitation of liability, forum selection, governing law, and the use of alternative dispute resolution to resolve certain types of disputes.

The applicable cruise ticket contract or booking conditions and the purchase terms and conditions is determined by your Primary Country of Residence. 'Primary Country of Residence' means the country where you primarily reside at the time of booking the cruise. This should be indicated by you, your agent, or other representative at the time of booking the cruise.

To find the applicable cruise ticket contract or booking conditions, and the purchase terms and conditions, please visit www.celebritycruises.com/guest-terms

# X Cruise Summary

| THIS BOOKLET HAS BEEN PREPARED FOR | CAPTAIN'S CLUB LEVEL |
|---|---|
| Lise Gilbert Picard | SELECT |
| Gaston Picard | _________ |

## 10 NT ULTIMATE SOUTHERN CARIBBEAN

| CRUISE SUMMARY | |
|---|---|
| RESERVATION ID: | 1710284 |
| GROUP ID: | 7273438 |
| SHIP NAME: | Celebrity Eclipse |
| BOARDING DATE: | 25 Nov 2024 |
| STATEROOM #: | 1035 |
| DECK #: | 10 |
| CATEGORY: | I1 |
| DINING: | CEL SLCT |

| EMBARKATION | |
|---|---|
| BOARDING DATE: | 25 Nov 2024 |
| SAILING FROM: | Fort Lauderdale, Florida |
| SAILING TIME: | 3:30 PM |
| TERMINAL INFO: | Port Everglades |
| CHECK-IN APPOINTMENT: | Request a check-in appointment at: www.celebritycruises.com/onlinecheckin |
| | |
| DISEMBARKATION | |
| DISEMBARK DATE: | 05 DEC 2024 |
| DISEMBARK PORT: | FORT LAUDERDALE, FLORIDA |

### Cruise Itinerary

The cruise itinerary may change as conditions warrant.

**Prior To Boarding**: For questions regarding itinerary changes due to weather or other current events, guests may call our Customer Relations Department at +1.800.437.3111 or visit the 'Before You Board' section of our website www.celebritycruises.com

**Once Onboard**: Refer to the ship's daily program for the latest updates.

### Ship Check-In

Celebrity Cruises will deny boarding to those guests without the proper travel documents / visas or those who have not completed pier check-in 90 minutes prior to the ship's scheduled sailing time.

No refunds will be given to individuals who fail to bring the proper travel documents or show up late.

### Adding Travel Protection

The Celebrity CruiseCare™ Travel Protection Plan is an optional travel protection add-on to your cruise booking and is available through Celebrity Cruises for residents in all states except New York and Hawaii. New York and Hawaii state residents who are interested in travel protection may contact Aon Affinity by visiting travelcruisecare.com or calling Aon Affinity Services at 1 (800) 797-4516. If added, your Celebrity CruiseCare is not effective until the plan cost has been paid. View terms, conditions and exclusions at www.archinsurancesolutions.com/coverage/Celebrity)

### Online Check-In

Thank you for completing Online Check-in.

Remember to print your Xpress Pass and bring it with you in order to board the ship.

In the absence of a printed Xpress Pass, additional forms will need to be completed at the Pier.

### Barbados Advisory Notice

Wearing camouflage and/or military apparel is illegal in Barbados. Clothing of this nature will be confiscated if worn in port, and the wearer may be charged by local authorities. While you can still wear camouflage onboard, we highly recommend leaving these items at home.

# Travel Summary

### Cruise Itinerary

| DAY | DATE | PORTS-OF-CALL | DOCK OR TENDER | ARRIVE | DEPART |
|---|---|---|---|---|---|
| MON | 25 NOV | FORT LAUDERDALE, FLORIDA | D | | 3:30 PM |
| TUE | 26 NOV | AT SEA | | | |
| WED | 27 NOV | AT SEA | | | |
| THU | 28 NOV | TORTOLA, B.V.I. | D | 8:00 AM | 6:00 PM |
| FRI | 29 NOV | ST. JOHNS, ANTIGUA | D | 7:00 AM | 4:00 PM |
| SAT | 30 NOV | BRIDGETOWN, BARBADOS | D | 9:30 AM | 6:00 PM |
| SUN | 01 DEC | ROSEAU, DOMINICA | D | 8:00 AM | 6:00 PM |
| MON | 02 DEC | BASSETERRE, ST KITTS & NEVIS | D | 8:00 AM | 6:00 PM |
| TUE | 03 DEC | AT SEA | | | |
| WED | 04 DEC | AT SEA | | | |
| THU | 05 DEC | FORT LAUDERDALE, FLORIDA | D | 7:00 AM | |

### For Any Day Of Travel Concerns You May Have, Please Contact:

| LOCATION | CONTACT TYPE | TELEPHONE | CONTACT |
|---|---|---|---|
| FORT LAUDERDALE, FLORIDA | Meet and Greet | +1.305.322.9328 | Intercruises |
| CANADA | Travel Agent | 4189774080 | LE VOYAGISTE DE QUEBEC |
| UNITED STATES | Flights By Celebrity, Day of Travel Disruptions | +1.800.533.7803 x3 | Celebrity Cruises |
| UNITED STATES | Flights by Celebrity, Day of Travel Disruptions | +1.305.539.4107 | Celebrity Cruises |

# Travel Documents

**Passports**
A valid passport book is required for international travel and for entering the United States by air. A valid passport book or other WHTI compliant document is required for domestic cruise travel in some circumstances (see below). We strongly recommend that all guests travel with a valid passport book, even when not required. For additional passport information visit:www.travel.state.gov/

**Caution**: The requirements described below are government regulations and policies. They are subject to change without notice. It is the sole responsibility of the guest to identify and obtain all required travel documents and have them available when necessary. These appropriate valid travel documents, such as passport, visas, inoculation certificate and family legal documents, are required for boarding and reentry into the United States and other countries. Passport book expiration date should not occur within six (6) months following the voyage termination date.

**Please note**:
- The name on your cruise line or airline reservation (if applicable) must match the name on your valid passport book or other identification documents (see below).
- Guests who do not possess the proper documentation may be prevented from boarding their flight or ship or from entering a country and may be subject to fines. No refunds will be given to individuals who fail to bring the proper documentation.

**International Cruise Travel**
A valid passport book is required; visas are required where they apply. Please contact the Embassy (Consular Services) of each country on your sailing itinerary or the visa service of your choice for specific visa requirements, information, forms, and fees for your nationality.

**Domestic Travel**
Find out if you need a Passport for your cruise by visiting: www.celebritycruises.com/blog/do-you-need-a-passport-for-a-cruise.

**Inoculation/Health**
As detailed in our brochure, all guests must ensure they are medically fit for travel. As such, we remind you to check with your physician at least 4 to 6 weeks before sailing to make sure you are up to date with any required immunizations or vaccines you may need (including but not limited to certification of yellow fever vaccination) to ensure you will be permitted to visit each of the exciting destinations and tours on your itinerary. For further information you may contact the Centers for Disease Control & Prevention's Traveler's Health website at www.cdc.gov/travel/ or toll-free at 1-800-232-4636.

**Family Legal Documents**
Should the last names of the parent sailing with their minor child differ, the parent is required to present the child's valid passport book and visa (if required) and the child's birth certificate (original, a notarized copy or a certified copy). The name of the parent(s) and the child must be linked through legal documentation.

Adults who are not the parent or legal guardian of any minor child traveling with them are required to present the child's valid passport and visa (if required) or the child's birth certificate (original, a notarized copy or a certified copy) and an original notarized letter signed by at least one of the child's parents, along with a copy of same to be collected at the time of check-in formalities. The notarized letter from the child's parent must authorize the traveling adult to take the child on the specific cruise and must authorize the traveling adult to supervise the child and permit any medical treatment that must be administered to the child. If a non-parent adult is a legal guardian, the adult must present a certified Certificate of Guardianship with respect to the child.

**VisaCentral Contact Information**

| Country of Residence | Web Address | Toll Free Telephone Number | Email Address | Celebrity Reference |
|---|---|---|---|---|
| Canada | www.visacentral.ca/celebritycruises | (888) 665-9956 | celebrity@visacentral.com | 10027 |
| United States | www.visacentral.com/celebritycruises | (800) 579-2406 | celebrity@visacentral.com | 44989 |

# Port Directions

## Port
Port Everglades, Fort Lauderdale, Florida
https://goo.gl/maps/akTEHA6HigH2

## Pier Terminal
Follow directional signs as you enter the Port.

## Airports
Fort Lauderdale International Airport
Travel time to Port - approximately 20 minutes

Miami International Airport
Travel time to Port - approximately 45 minutes

## Driving
From: I-95, Florida Turnpike or I-75 go to I-595
Take I-595 East to Port Everglades entrance. Once you reach the port you will pass through a security check point. After you have cleared security, follow the directional signage to your ship's designated terminal. Please be advised that Port Everglades has multiple entrances, this is our recommended option.

From Miami International Airport:
Exit the airport and follow signs for Route 112 East to I-95 North, to Fort Lauderdale. Take I-95 North to Fort Lauderdale and exit onto I-595 East. Continue to the end of I-595 East and follow the signs to Port Everglades. This will automatically take you to the Port Everglades security entrance. From there, follow the directional signs for your designated ship's pier terminal.

## Pier Long Term Parking
After dropping off your checked luggage at the pier terminal with the porters and cruise line representatives, proceed to the designated Port Everglades parking facility. Rates are $15.00 USD per day for regular vehicles and $19.00 USD for oversized vehicles (subject to change without notice by the Port Everglades Authority). Vehicles in excess of 20 feet must contact USA Parking for availability. Rates are payable by credit card or cash upon exiting the facility. Complimentary shuttle service is available for parking facilities not adjacent to the terminals. Parking questions, please contact USA Parking at +1.954.468.3680.

## Security
Please expect delays related to security and immigration procedures when arriving at both the Port entrance and the Pier. These procedures have been designed for your safety and all attempts will be made to expedite you through the process as quickly as possible. Remember to have your photo ID and cruise documentation accessible for presentation to Port Security.

For additional information on Port Everglades visit
www.porteverglades.net

# Things To Know

**Access Needs**

Celebrity Cruises welcomes guests with access needs and works hard to assist them through-out their vacation.

To receive appropriate assistance, you must notify Celebrity Cruises in writing of any disability or condition that may require advisable special accommodations. Contact the Access Department at 866.592.7225 or 954.628.9708 from outside the U.S., email **special_needs@celebrity.com** or Fax 954.628.9622

Guests with wheelchairs, scooters and limited mobility may have difficulty or may not be able to get on and off the ship using tenders and gangways at some ports of call. For more information, please see www.CelebrityCruises.com/tenderaccess

**Alcoholic Beverages**

The minimum drinking age for all alcoholic beverages on Celebrity Cruises ships sailing from North America is 21 years of age.

The minimum drinking age for all alcoholic beverages on Celebrity Cruises ships sailing from South America, Europe, Asia, Australia and New Zealand is 18.

In certain circumstances where local laws permit or require, Celebrity Cruises may modify this policy which may also require parent/guardian request/authorization. Guests may contact Guest Relations or refer to Celebrity Today for specific minimum drinking age information on their cruise vacation.

An individual's age on the date of sailing determines his/her status for the entire cruise vacation.

Guests are not allowed to bring beer or hard liquor onboard for consumption or any other use. Guests wishing to bring personal wine onboard with them on embarkation day may do so, limited to one (1) bottle per guest, but when consumed in any shipboard restaurant, bar or dining venue, each bottle shall be subject to a corkage fee of $35.00. A corkage fee does not apply to guests with a Classic Beverage Package or Premium Beverage Package.

Alcoholic beverages that are purchased in ports of call or from onboard shops will be stored by the ship and delivered to guest stateroom on the last day of the sailing. Security may inspect containers (water bottles, soda bottles, mouthwash, luggage, etc.), and will dispose of containers holding alcohol. Celebrity Cruises' Guest Conduct Policy may be enforced, up to and including disembarkation, if a guest violates any alcohol policy. Guests under the age of 21 will not have alcohol returned to them.

Guests who violate any alcohol policies (over consume, provide alcohol to people under age 21, demonstrate irresponsible behavior, or attempt to conceal alcoholic items at security and or luggage check points or any other time), may be disembarked or not allowed to board, at their own expense, in accordance with our Guest Conduct Policy.

Celebrity Cruises reserves the right to revoke or otherwise restrict drinking privileges of any guest, regardless of age. Even if all criteria are met, shipboard personnel may elect, and have the option to, not grant the waiver or any such drinking privileges. The waiver may not apply when the vessel is in certain territorial waters.

**Credit Card Authorizations**

As with land-based hotels, guests can expect to see an initial $100 pending charge or authorization on their credit card to secure funds for anticipated onboard purchases. Purchases in excess of $100 will generate additional holds. While the holds aren't charges, they do reduce your available credit. Most holds are released by the time your cruise ends; however, some may take up to 30 days. Celebrity Cruises® doesn't control how long the holds remain, your bank or financial institution determines the duration of these holds. If you register a card and change to another card or cash during your sailing, you may still see holds on the original card.

**Disembarkation**

Please note, disembarkation typically begins hours after the final arrival time and is subject to change, as it is contingent on the completion of customs and port clearances at the end of a cruise. Please plan your transportation with enough time to allow for this process. Your assigned disembarkation time will be communicated to you once you are onboard. If you have any special requests regarding disembarkation, your crew onboard will be happy to assist.

**Gratuities**

Celebrity automatically adds gratuities to guests' onboard SeaPass® account. Please see www.celebritycruises.com/faqs/gratuity-program for all terms and conditions.

**Guest Policies**

Smoking/vaping is only permitted in select public areas onboard. For full details of our smoking, and other onboard policies, please see our Guest, Health, Safety and Conduct Policy at: www.celebritycruises.com/guest-terms.

**Infants**

Infants sailing on a cruise must be at least 6 months old as of the first day of the cruise/Cruisetour. However, for Transatlantic, Transpacific, select South American cruises/Cruisetours and other select cruises/Cruisetours, the infant (as of the first day of the cruise/Cruisetour) must be at least 12 months old. For the purposes of this policy, any cruise that has 3 or more consecutive days at sea will require infants to be 12 months old on the first day of the cruise/cruisetour. If you require additional information, please call us at +1.800.437.3111.

Denial of boarding for infants who do not satisfy these minimum age requirements may also result in the denial of boarding for one or more guests sailing with that infant. No refunds or other compensation shall be due from the cruise line to anyone as a result of the denial of boarding to underage infant or other accompanying guests.

Due to public health regulations, children who are not completely toilet trained are not permitted in the pools or whirlpooll

**Medical Services**

We have a minimum of one fully licensed physician, and a minimum of two licensed nurses onboard every ship. Types of medications kept onboard are limited, and you must bring an adequate supply of any medications you may need on your cruise. If you require seasickness medication, it is available at the Guest Relations Desk. As a result of COVID-19 we have a new 24/7 Medical Care protocols, visit: www.celebritycruises.com/healthy-at-sea.

**Mandatory Safety Briefing**

All guests must attend the mandatory safety briefing (also known as: Muster/Assembly Drill) and follow all health and safety instructions issued by the Captain as part of the mandatory safety announcements. Upon embarkation, guests will have a window of several hours

during which they must (a) review essential safety information and (b) report to their designated muster station. On certain vessels, guests are encouraged to use our patented eMusterTM system which allows for the review of essential safety information by viewing a safety video via Celebrity Cruises mobile app or stateroom myTV interactive systems (applicable ships). Guests who do not complete the safety video portion of the muster requirements via eMuster™, or who are otherwise unable to review essential safety information upon embarkation, will be required to participate in a brief safety presentation upon arrival at their designated muster station. Download the Celebrity Cruises app for free www.celebritycruises.com/celebrity-app.

**Pregnancy**
Celebrity Cruises welcomes pregnant guests, but cannot accept guests who will be entering their 24th week of pregnancy by the beginning of, or at any time during the cruise or cruisetour. All guests are required to sign a health questionnaire at check-in to ensure they are aware of our pregnancy policy. If you have already booked a cruise or cruisetour and do not meet this requirement, please contact your Travel Agent or call us at 800.556.8209 and request a Resolution Agent.

**Save the Waves®**,Is a Celebrity Cruises sponsored program that works to protect the ecology of the oceans that supports cruising. Please refrain from throwing anything overboard, both in port and at sea, and deposit trash in the proper receptacles. We are grateful for your cooperation with this endeavor.

**Special Embarkation Notice**
For your comfort and your convenience we recommend that you arrive to the pier within your selected arrival time. Early arrivals may have a prolonged wait time in potentially warm or inclement weather conditions.

**Visitors Onboard**
No visitors are permitted on board.

# Before You Board

Carefree cruising with a flair for style, on board and ashore. On a Celebrity holiday, that is an art easily mastered with a few simple suggestions.

**Baggage Advice**
Each passenger is permitted to carry a reasonable amount of personal property (including luggage) aboard the vessel; however, for your comfort and convenience, it is recommended that you limit the number of pieces you take. Guests who have made air arrangements on their own or with Celebrity Cruises should check with their air carrier for specific baggage policies related to the following: Number of bags allowed, baggage weight restrictions, baggage size restrictions, special conditions for sports equipment, or additional restrictions, as the air carrier may impose additional fees for some or all of these items. Celebrity Cruises will not be responsible for any additional fees incurred as a result of carrier baggage restrictions.

We recommend you bring an overnight bag for your last night at sea. Staff will collect your bags the night before you leave the ship, and you will need an overnight bag to carry your night clothes and toiletries.

**What Should I Pack**
**During the Day**

SHORESIDE
For warmer climates, pack swimsuits and cover-ups, walking shorts and shirts that protect from the sun, lightweight slacks, skirts or sundress, and a light sweater or jacket. Hats, sunglasses, and sunscreen are always encouraged.

For cooler climates, bring clothing with long sleeves, sweaters, and pants that can be layered. In areas prone to snow or rain, waterproof jackets, hats, gloves, and umbrellas are recommended.

Around the globe, consider appropriate shoes and gear for the excursions you have planned and the terrain you'll encounter. For instance, you may pack water shoes if hiking a waterfall or a headscarf or conservative dress for visiting museums, mosques, temples, and churches.

SHIPBOARD
Throughout the ship, casual resort wear, sundresses, shorts, polos, or button-downs are appropriate, paired with sandals, low heels, and loafers. Make sure you bring active wear and sneakers if you plan to hit the gym!

Poolside, bathing suits with coverups, T-shirts, tanks, hats, and sunglasses are welcomed.

In main and specialty dining, we ask guests to refrain from wearing swimsuits, see-through coverups or robes, bare feet, tank tops, T-shirts, and baseball caps.

**At Night**
SMART CASUSAL
Smart Casual attire is required for entry to main dining, specialty dining, and the Celebrity Theatre. Smart Casual means you look comfortable yet tasteful in a dress, skirt, long pants, or jean, and stylish top or button-down. Shorts and flip flops are not considered Smart Casual.

EVENING CHIC
Each itinerary features one to two "formal" nights we call Evening Chic. Evening Chic means you dress to impress, glamorous and sophisticated in your own way, with a cocktail dress, skirt, slacks, or designer jean, an elegant dress top or blazer—some guests even pack a tuxedo or gown for onboard photos. The Daily program, delivered to your stateroom and available at the Guest Relations Desk, will be your guide to the correct attire each evening. If you do not wish to participate in Evening Chic, Smart Casual attire is acceptable for dining and theater.

**What Not To Pack**
To protect the destinations we visit, we recommend avoiding sunscreens containing:

- Petrolatum (aka mineral oil) - takes a long time to biodegrade and is harmful or even fatal to local wildlife.
- Titanium Dioxide - does not biodegrade and is harmful to all sea life.
- Oxybenzone, octocrylene, and octinoxate - are banned from use in some locations, as they cause damage to reef systems.
- To learn more about our commitment to ocean health visit us at royalcaribbeangroup.com/sustainability

For full details of our forbidden items, and other onboard policies, please see our Guest, Health, Safety and Conduct Policy at: www.celebritycruises.com/guest-terms.

**Insure All Luggage and Valuables**
Celebrity Cruises cannot be responsible for their loss or damage. Baggage insurance, as well as medical and trip cancellation insurance, is now available. Celebrity CruiseCare Vacation Protection Plan is a comprehensive, low-cost plan designed exclusively for Celebrity Cruises.




# TWO WAYS TO BOOK. ONE INCREDIBLE OFFER.

Our latest Future Cruise Vacations offer gives you the flexibility to plan your next cruise now - or later. And it couldn't be simpler.

Here's how it works:

## BOOK NOW

1. Put a reduced deposit down starting at only **$100 per person.**
2. Choose your ship, premium stateroom and sail date today with the Future Cruise vacations team.
3. Receive up to $500 onboard credit, plus the best promotion available.

## BOOK LATER

1. Put a NON-REFUNDABLE reduced deposit down starting at only **$100 per person.**
2. Within **6 MONTHS** choose your next Celebrity Cruises vacation.
3. Receive up to $500 onboard credit, plus the best promotion available when you choose your ship and sail date.

**Either way you choose, you will receive up to $500 onboard credit.**

| ONBOARD CREDIT PER STATEROOM | | | | | |
|---|---|---|---|---|---|
| **STATEROOM TYPE** | 3-5 nights & Trans. / Repo. | 6-9 nights | 10-13 nights | 14-15 nights | 16+ nights |
| Inside stateroom | $50 | $100 | $150 | $200 | $250 |
| Ocean view stateroom | $75 | $125 | $175 | $225 | $275 |
| Veranda | $100 | $150 | $200 | $250 | $300 |
| Concierge Class & AquaClass® | $100 | $150 | $200 | $250 | $300 |
| Sky Suite, Aqua Sky Suite, Magic Sky Suite, Sunset Suite, Horizon Suite | $200 | $250 | $300 | $350 | $400 |
| All other Suites | $300 | $350 | $400 | $450 | $500 |
| **PLUS ONE ADDITIONAL OFFER!** | | | | | |

Celebrity X Cruises®

Visit the Future Cruise Vacations team onboard

CELEBRITY FutureCruise VACATIONS

See reverse side for Terms and Conditions

# BOOK LATER FORM

Booking #: ______

Need some more time to plan your next Celebrity Cruise Vacation? It's easy, here's how:

**Step** 1. Fill out this form below and leave it with the Future Cruise vacations team before the office closes on the last night of your cruise.

**Step** 2. Check your email upon returning home for a confirmation of your deposit and new booking ID.

**Step** 3. Call Celebrity Cruises or your Travel Agent with your new booking ID and pick your next ship and sail date **within 6 Months**.

## Guest Information

Current Stateroom: ______ Guest Email: ______

Guest 1: ______ Guest 2: ______

Postal Code: ______ State: ______ Home Phone #: ______

*Please contact your travel professional associated with this booking upon your return home to finalize this Cruise Now booking.*
*By default, Future Cruise bookings are assigned to the same travel professional as your current record. If you prefer otherwise, check here:* ____

**Want to bring any friends or family on your next Celebrity Cruise Vacation? Or would you like to plan more than one Celebrity Cruise Vacation? Let us know how many reservations to book for you (limit 3 per person).** ____ **What's even better? Every booking qualifies for the exclusive offer.**

**By signing below, I acknowledge and authorize:**

- Celebrity Cruises to create a Book Later reservation with the above specified guests and charge the credit card on file.
- To be eligible for the Onboard promotion of up to $500 obc, I have **6 MONTHS** to pick a ship and sailing date.
- After 6 months, I will no longer be able to take advantage of the Onboard offer.
- If I do not pick a ship and sail date within 12 months of submitting this form, my "Book Later" will expire and I will lose my deposit.
- Unlimited name changes on your new booking are allowed up until you pick your ship and sailing date, after which one name must remain the same.

Signature: ______________________ Date: __________

Visit the Future Cruise Vacations team onboard

Celebrity Cruises®

CELEBRITY FutureCruise VACATIONS

Celebrity's Future Cruise Program (the "Program") provides guests sailing, or participating in an authorized day visit, onboard a Celebrity ship ("Offer Period") who book a future cruise three (3) nights or longer on a specific ship and sail date ("BN Offer Cruise") or make a reservation for a future Celebrity Cruise without selecting a ship and sail date ("BL Offer Cruise") an onboard credit ("OBC") valued from $50 OBC to $500 OBC per stateroom, varying by the length of sailing, stateroom category and itinerary.
The full legal name of at least one person and payment of the minimum required deposit ("Deposit") are required at the time of reservation creation to receive the Program offer. The Deposit starts at $100 USD per person, varying by stateroom category. Book Now Program reservations can be made at non-refundable or refundable deposit fares; Book Later Program reservations require non-refundable deposit fares. All amounts paid toward non-refundable deposit fares bookings are not refundable at any time. A Program reservation for a BL Offer Cruise does not guarantee stateroom or sailing availability or cruise price until a ship and sail date are selected and the Deposit is paid. A Program reservation for a BL Offer Cruise must be converted to a confirmed booking by selecting the ship and sail date within six (6) months after the making the Program reservation to receive the OBC. . The Program reservation for a BL Offer Cruise will be cancelled one (1) year after reservation if a ship and sail date has not been selected.
The Program offer may be removed as a result of any change to a Program reservation. Your reservation would then be booked at prevailing rates as of the date of your requested change. If you selected a non-refundable deposit fare, each time you change the ship or sail date prior to the final payment due date, a $100 per person service fee will be charged. After the final payment due date, changes to the ship or sail date are not permitted and would be treated as a cancellation of the booking.
OBC has no cash value, may be used onboard the Offer Cruise only, is not transferable, not redeemable for cash, and will expire if not used by 10:00 PM on the final night of the Offer Cruise For full Terms and Conditions, visit your Future Cruise Vacation Team onboard and/or the Celebrity website in your country of residence. Celebrity reserves the right to correct any errors, inaccuracies or omissions and to, change or update fares, fees and surcharges at any time without prior notice. All amounts stated herein are in U.S. Dollars. Program offer is subject to change without notice; capacity controlled, and may be withdrawn at any time. © 2023 Celebrity Cruises Inc. Ships' registry: Malta and Ecuador

## Luggage Tag Instructions

For those guests who may not have had an opportunity to order their personalized Bag Tag Mailer through www.celebritycruises.com, please follow the instructions below.

1. Be sure to attach any personal ID, such as a name tag to each piece of luggage before you leave home.

2. Do not pack valuables or your boarding documents in your checked luggage.

3. Make as many copies of this tag as you require, preferably in color.

4. Print your name in the section indicated.

5. In the order indicated, fold (do not cut) along the lines with the luggage tag print facing out (You should be able to read the ships name and see the company logo.)

6. After folding is completed, staple twice or tape the tag around the luggage handle in the areas indicated.

Staple or tape here

Captain's Club

D

Staple Here

MON-FLL
25NOV24

ECLIPSE

10

1035

Celebrity Cruises®

Guest Name:

1035

10

ECLIPSE

25NOV24
MON-FLL

Staple Here

D

Captain's Club

Staple or tape here

Fold - Do Not Cut

1ST FOLD - DO NOT CUT

Fold - Do Not Cut

2ND FOLD - DO NOT CUT

5TH FOLD - DO NOT CUT

4TH FOLD - DO NOT CUT

Fold - Do Not Cut

3RD FOLD - DO NOT CUT

Fold - Do Not Cut