**From:**
**Sent:**
**To:**
**Subject:** Prepare for Your Boarding Day




## YOUR UPCOMING SAILING

| RESERVATION: | SHIP NAME: | SAILING DATE: |
|---|---|---|
| 1710284 | Celebrity Eclipse | 25 Nov 2024 |

# YOUR SCHEDULED ARRIVAL TIME AT THE TERMINAL IS 12:00 PM – 12:30 PM

For a seamless start to your cruise, please arrive at your scheduled time for the best boarding experience. Everyone in your reservation needs to check in together.

## YOUR UPCOMING SAILING

1

Before you arrive, start your check-in, health questionnaire, and Muster 2.0™ in the app.

2

Arrive at your scheduled time with everyone in your party and your tagged luggage.

3

Have all your physical travel documentation and medication on hand (and not in checked luggage).

4

Have your printed or digital Xpress Boarding Pass ready to show port agents.

5

Head to the gangway and board your ship.

6

Log on to Wi-Fi, so you can complete the Guest Safety briefing and stay connected at sea.

## YOUR VACATION MADE EASY

- Book the shore excursions you want
- Reserve specialty dining at preferred times
- Purchase drink packages, spa treatments, and Wi-Fi packages
- Check in for faster boarding
- Receive important pre-cruise notifications
- Lock in special pre-cruise pricing*

*Pre-cruise pricing is always lower than on board

Download on the App Store

GET IT ON Google Play




## BE THE FIRST TO KNOW



Sign up now to receive exciting announcements, exclusive offers on shore excursions, onboard amenities, and future vacations.

SIGN-UP TODAY

## QUESTIONS?

To see some of the most asked questions answered, visit our

**FAQS**

#CELEBRITYCRUISES

IMPORTANT NOTICE TO GUESTS: Your cruise ticket contract or booking conditions, and the terms and conditions for the purchase of any products, services, shore excursions or other activities related to your cruise, contain important limitations on the rights of passengers, including provisions relating to limitation of liability, forum selection, governing law, and the use of alternative dispute resolution to resolve certain types of disputes. The applicable cruise ticket contract or booking conditions is determined by your Primary Country of Residence. "Primary Country of Residence" means the country where you primarily reside at the time of booking the cruise. This should be indicated by you, your agent, or other representative at the time of booking the cruise or at online check-in. To find the applicable cruise ticket contract or booking conditions, and the purchase terms and conditions, please visit www.celebritycruises.com/guest-terms.

©2024 Celebrity Cruises Inc. Ships' registry: Malta.

Celebrity Cruises Inc.
1050 Caribbean Way
Miami, FL 33132
www.celebritycruises.com

Privacy Policy

CONFIDENTIALITY NOTE: This message may contain confidential or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking any action in reliance on these contents is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this e-mail and then delete it from your system.

**Email Document - Transaction:** 571067154 Send Email

**From Name:** Celebrity Cruises

**From:** celebritycruisesdigital@rccl.com

**To:** lisegilbert117@gmail.com

**Cc:**

**Bcc:**

**Subject:** Prepare for Your Boarding Day

Font name - Font size - Paragraphs - Styles -

Common Format Paragraphs Insert

GROUP

IMPORTANT NOTICE TO GUESTS: Your cruise ticket contract or booking conditions, and the terms and conditions for the purchase of any products, services, shore excursions or other activities related to your cruise, contain important limitations on the rights of passengers, including provisions relating to limitation of liability, forum selection, governing law, and the use of alternative dispute resolution to resolve certain types of disputes. The applicable cruise ticket contract or booking conditions is determined by your Primary Country of Residence. "Primary Country of Residence" means the country where you primarily reside at the time of booking the cruise. This should be indicated by you, your agent, or other representative at the time of booking the cruise or at online check-in. To find the applicable cruise ticket contract or booking conditions, and the purchase terms and conditions, please visit www.celebritycruises.com/guest-terms.

Nothing Comes Close is a registered trademark of Celebrity Cruises
©2024 Celebrity Cruises Inc. Ships' registry: Malta and Ecuador.
We hope you enjoyed this e-mail from:
Celebrity Cruise Inc.
1050 Caribbean Way
Miami, FL 33132
www.celebritycruises.com

Privacy Policy

## Guest Docs Dashboard

Status: (•) All ( ) In Process ( ) Created ( ) Error ( ) Re-Issued ( ) Completed

Group Id: | Booking Id: 1710284 | Book:
Booking Office: | Ship: ECLIPSE | Sail Date:
Travel Agency: | HQ Travel Agency: | Guest Id:
Print Batch: | Create Date: | Trans Id:
C/O ☑ A/S ☑ | Campaign: | Search Reset Sort

| Transaction Id | | Book | Brand | Ship | Sail Date | Group Id | Booking Id | Travel Agency Id | Create Date | Status | Document | Send Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 572765543 | | 99-Online Checkin Confirmation | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 22Nov2024 6:59AM | | | |
| 572765485 | | 99-Online Checkin Confirmation | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 22Nov2024 6:59AM | | | |
| 571067178 | | 99-Online Checkin Confirmation | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 15Nov2024 4:56AM | | | |
| 571067154 | | 99-Online Checkin Confirmation | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 15Nov2024 4:56AM | | | |
| 568848195 | | 8-Sailing Protocols | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 07Nov2024 5:00AM | | | |
| 568848189 | | 8-Sailing Protocols | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 07Nov2024 5:00AM | | | |
| 567426791 | | 8-Sailing Protocols | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 31Oct2024 3:45AM | | | |
| 567426785 | | 8-Sailing Protocols | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 31Oct2024 3:45AM | | | |
| 566458173 | | 91-eDocs (electronic documents) | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 26Oct2024 3:34AM | | | |
| 563550439 | | 99-Online Checkin Confirmation | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 11Oct2024 10:42AM | | | |

Guest Docs Information - Google Chrome

Not secure docііs01.rccl.com/documentation/GuestDocsTransInv.asp?Mode=VIEW&strTransaction=5710671

## Transaction Information - Detail

| | | | | | |
|---|---|---|---|---|---|
| **Office Code** | Miami | **Ship** | ECLIPSE | **Sail Date** | 25Nov2024 |
| **Group ID** | 7273438 | **Booking ID** | 1710284 | **Trans ID** | 571067154 |

Close

**Document:**

### Voucher

| ID | Language | Version | Voucher Type |
|---|---|---|---|

### Activity

| ID | Status | Date |
|---|---|---|
| 2 | Transaction Created Sucessfully | 15Nov2024 4:56AM |
| 6 | Documents Composed | 15Nov2024 4:56AM |
| 20 | Service History | 15Nov2024 4:56AM |
| 8 | Documents Printed | 15Nov2024 4:56AM |
| 11 | Documents Mailed | 15Nov2024 4:56AM |
| 14 | Pre-Composition Complete | 15Nov2024 4:56AM |
| 18 | PostScript Bin Update | 15Nov2024 4:56AM |

### Parameter Content

| ID | Language | Version | Parameter Name |
|---|---|---|---|

### Error

| ID | Description | Date |
|---|---|---|

**From:**
**Sent:**
**To:**
**Subject:** Prepare for Your Boarding Day




## YOUR UPCOMING SAILING

RESERVATION: 1710284 | SHIP NAME: Celebrity Eclipse | SAILING DATE: 25 Nov 2024

# YOUR SCHEDULED ARRIVAL TIME AT THE TERMINAL IS 12:00 PM – 12:30 PM

For a seamless start to your cruise, please arrive at your scheduled time for the best boarding experience. Everyone in your reservation needs to check in together.

## YOUR UPCOMING SAILING

1

Before you arrive, start your check-in, health questionnaire, and Muster 2.0™ in the app.

2

Arrive at your scheduled time with everyone in your party and your tagged luggage.

3

Have all your physical travel documentation and medication on hand (and not in checked luggage).

4

Have your printed or digital Xpress Boarding Pass ready to show port agents.

5

Head to the gangway and board your ship.

6

Log on to Wi-Fi, so you can complete the Guest Safety briefing and stay connected at sea.

## YOUR VACATION MADE EASY

- Book the shore excursions you want
- Reserve specialty dining at preferred times
- Purchase drink packages, spa treatments, and Wi-Fi packages
- Check in for faster boarding
- Receive important pre-cruise notifications
- Lock in special pre-cruise pricing*

*Pre-cruise pricing is always lower than on board

Download on the App Store

GET IT ON Google Play




## BE THE FIRST TO KNOW



Sign up now to receive exciting announcements, exclusive offers on shore excursions, onboard amenities, and future vacations.

SIGN-UP TODAY

## QUESTIONS?

To see some of the most asked questions answered, visit our

FAQS

#CELEBRITYCRUISES

IMPORTANT NOTICE TO GUESTS: Your cruise ticket contract or booking conditions, and the terms and conditions for the purchase of any products, services, shore excursions or other activities related to your cruise, contain important limitations on the rights of passengers, including provisions relating to limitation of liability, forum selection, governing law, and the use of alternative dispute resolution to resolve certain types of disputes. The applicable cruise ticket contract or booking conditions is determined by your Primary Country of Residence. "Primary Country of Residence" means the country where you primarily reside at the time of booking the cruise. This should be indicated by you, your agent, or other representative at the time of booking the cruise or at online check-in. To find the applicable cruise ticket contract or booking conditions, and the purchase terms and conditions, please visit www.celebritycruises.com/guest-terms.

©2024 Celebrity Cruises Inc. Ships' registry: Malta.

Celebrity Cruises Inc.
1050 Caribbean Way
Miami, FL 33132
www.celebritycruises.com

Privacy Policy

CONFIDENTIALITY NOTE: This message may contain confidential or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking any action in reliance on these contents is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this e-mail and then delete it from your system.

**Email Document** - **Transaction:** 572765543 Send Email

**From Name:** Celebrity Cruises

**From:** celebritycruisesdigital@rccl.com

**To:** lisegilbert117@gmail.com

**Cc:**

**Bcc:**

**Subject:** Prepare for Your Boarding Day

Font name Font size Paragraphs Styles

Common Format Paragraphs Insert

GROUP

Royal Caribbean International Celebrity Cruises SILVERSEA

IMPORTANT NOTICE TO GUESTS: Your cruise ticket contract or booking conditions, and the terms and conditions for the purchase of any products, services, shore excursions or other activities related to your cruise, contain important limitations on the rights of passengers, including provisions relating to limitation of liability, forum selection, governing law, and the use of alternative dispute resolution to resolve certain types of disputes. The applicable cruise ticket contract or booking conditions is determined by your Primary Country of Residence. "Primary Country of Residence" means the country where you primarily reside at the time of booking the cruise. This should be indicated by you, your agent, or other representative at the time of booking the cruise or at online check-in. To find the applicable cruise ticket contract or booking conditions, and the purchase terms and conditions, please visit www.celebritycruises.com/guest-terms.

Nothing Comes Close is a registered trademark of Celebrity Cruises.
©2024 Celebrity Cruises Inc. Ships' registry: Malta and Ecuador.
We hope you enjoyed this e-mail from:
Celebrity Cruise Inc.
1050 Caribbean Way
Miami, FL 33132
www.celebritycruises.com

Privacy Policy

**Guest Docs Dashboard**

Status: (•) All ( ) In Process ( ) Created ( ) Error ( ) Re-Issued ( ) Completed

Group Id: | Booking Id: 1710284 | Book:
Booking Office: | Ship: ECLIPSE | Sail Date:
Travel Agency: | HQ Travel Agency: | Guest Id:
Print Batch: | Create Date: | Trans Id:
C/O ☑ A/S ☑ | Campaign: | Search Reset Sort

| Transaction Id | | Book | Brand | Ship | Sail Date | Group Id | Booking Id | Travel Agency Id | Create Date | Status | Document | Send Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 572765543 | | 99-Online Checkin Confirmation | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 22Nov2024 6:59AM | | | |
| 572765485 | | 99-Online Checkin Confirmation | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 22Nov2024 6:59AM | | | |
| 571067178 | | 99-Online Checkin Confirmation | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 15Nov2024 4:56AM | | | |
| 571067154 | | 99-Online Checkin Confirmation | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 15Nov2024 4:56AM | | | |
| 568848195 | | 8-Sailing Protocols | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 07Nov2024 5:00AM | | | |
| 568848189 | | 8-Sailing Protocols | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 07Nov2024 5:00AM | | | |
| 567426791 | | 8-Sailing Protocols | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 31Oct2024 3:45AM | | | |
| 567426785 | | 8-Sailing Protocols | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 31Oct2024 3:45AM | | | |
| 566458173 | | 91-eDocs (electronic documents) | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 26Oct2024 3:34AM | | | |
| 563550439 | | 99-Online Checkin Confirmation | C | ECLIPSE | 25Nov2024 | 7273438 | 1710284 | 305497 | 11Oct2024 10:42AM | | | |

Guest Docs Information - Google Chrome

⚠ Not secure dociis01.rccl.com/documentation/GuestDocsTransInv.asp?Mode=VIEW&strTransaction=5727655

## Transaction Information - Detail

| | | | | | | |
|---|---|---|---|---|---|---|
| **Office Code** | Miami | **Ship** | ECLIPSE | **Sail Date** | 25Nov2024 | |
| **Group ID** | 7273438 | **Booking ID** | 1710284 | **Trans ID** | 572765543 | Close |

**Document:**

### Voucher

| ID | Language | Version | Voucher Type |
|---|---|---|---|

### Activity

| ID | Status | Date |
|---|---|---|
| 2 | Transaction Created Sucessfully | 22Nov2024 6:59AM |
| 20 | Service History | 22Nov2024 6:59AM |
| 6 | Documents Composed | 22Nov2024 6:59AM |
| 14 | Pre-Composition Complete | 22Nov2024 6:59AM |
| 18 | PostScript Bin Update | 22Nov2024 6:59AM |
| 11 | Documents Mailed | 22Nov2024 6:59AM |
| 8 | Documents Printed | 22Nov2024 6:59AM |

### Parameter Content

| ID | Language | Version | Parameter Name |
|---|---|---|---|

### Error

| ID | Description | Date |
|---|---|---|