**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 25-cv-25500-KMW**

LISE GILBERT,
a citizen and resident of Canada,

Plaintiff,

v.

CELEBRITY CRUISES, INC., a
Liberian Corporation,

Defendant.
_______________________________________/

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant, CELEBRITY CRUISES, INC. ("Celebrity"), pursuant to S.D. Fla. L.R. 7.8, hereby gives notice of the supplemental authority attached as Exhibit "A" in further support of its Motion to Dismiss (ECF No. 11) and its Response to Plaintiff's Objections to the Amended Report and Recommendation on Motion to Dismiss (ECF No. 32), and states as follows:

Counsel recently learned of *Bagga v. Royal Caribbean Cruises Ltd.*, No. 26-cv-20364-ALTMAN, 2026 U.S. Dist. LEXIS 206745 (S.D. Fla. Sept. 14, 2026) ("*Bagga*"). *Bagga* post-dates Celebrity's Response to the Plaintiff's Objections (ECF No. 32). There, Plaintiff's counsel opposed enforcement of an identically worded Section 10(a)(i) clause in Royal Caribbean's Canada Ticket Contract against a Canadian passenger with arguments materially identical to ECF No. 14 ¶¶ 6–9. *Bagga* held:

1. Inconvenience: remote English proceedings and comparable travel for a Canadian plaintiff defeated the argument, and *Greco v. NFL* was unpersuasive. *Bagga* at *7–11 & n.3 (ECF No. 11 at 18–19; ECF No. 17 at 4–6; ECF No. 32 at 4–7).

2. Remedy: an unquantified Athens Convention argument failed. *Bagga* at *11–13 (ECF No. 32 at 11–13).

3. Public interest: the factors favored dismissal, and the plaintiff's failure to address them warranted dismissal. *Bagga* at *14–18 (ECF No. 11 at 20–21; ECF No. 28 at 7; ECF No. 32 at 13–17).

4. Disposition: the limitations waiver sufficed, and dismissal was without prejudice. *Bagga* at *17–18 (ECF No. 11 at 21; ECF No. 28 at 1 n.1, 8).

Respectfully Submitted,

***/s/ Douglas K. Scheller***

Jerry D. Hamilton, Esq.
Florida Bar No.: 970700
jhamilton@hamiltonmillerlaw.com
William F. Clair, Esq.
Florida Bar No.: 693741
wclair@hamiltonmillerlaw.com
Douglas K. Scheller, Esq.
Florida Bar No.: 1047851
dscheller@hamiltonmillerlaw.com
**HAMILTON, MILLER & BIRTHISEL, LLP**
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 23, 2026 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/***Douglas K. Scheller***
Douglas K. Scheller

**SERVICE LIST**

| | |
|---|---|
| Phillip M. Gerson, Esq.<br>Florida Bar No. 127290<br>pgerson@gslawusa.com<br>filing@gslawusa.com<br>Nicholas I. Gerson, Esq.<br>Florida Bar No. 0020899<br>ngerson@gslawusa.com<br>Edward S. Schwartz, Esq.<br>Florida Bar No. 346721<br>eschwartz@gslawusa.com<br>David Markel, Esq.<br>Florida Bar No. 78306<br>dmarkel@gslawusa.com<br>Lee A. Watson, Esq.<br>Florida Bar No. 356750<br>lwatson@gslawusa.com<br>**GERSON & SCHWARTZ, P.A.**<br>1980 Coral Way<br>Miami, FL 33145-2624<br>Telephone: (305) 371-6000<br>Facsimile: (305) 371-5749<br>***Attorney for Plaintiff*** | Jerry D. Hamilton<br>Florida Bar No. 970700<br>jhamilton@hamiltonmillerlaw.com<br>William F. Clair, Esq.<br>Florida Bar No.: 693741<br>wclair@hamiltonmillerlaw.com<br>Douglas K. Scheller, Esq.<br>Florida Bar No.: 1047851<br>dscheller@hamiltonmillerlaw.com<br>**HAMILTON, MILLER & BIRTHISEL, LLP**<br>150 Southeast Second Avenue,<br>Suite 1200<br>Miami, Florida 33131<br>Telephone: (305) 379-3686<br>Facsimile: (305) 379-3690<br>***Attorneys for Defendant*** |